April 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

AUBREY R. JEFFERSON, Appellant

NO. 14-14-00197-CV                    V.

UNITY NATIONAL BANK, Appellee

_____

This cause, an appeal from the judgment signed December 10, 2013 in favor of appellee Unity National Bank, was heard on the transcript of the record. The record shows that the judgment is void. We therefore order the appeal **DISMISSED**.

We order appellee Unity National Bank to pay all costs incurred in this appeal.

We further order this decision certified below for observance.